### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lawrence J. Santos and Judy A. Santos | CHAPTER 13
<br>      <u>Debtor(s)</u>

BKY. NO. 12-18525 REF


### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: BAC)


                         Respectfully submitted,

                         **/s/Thomas Puleo, Esquire**
                         Thomas Puleo, Esquire
                         Brian C. Nicholas, Esquire
                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 825-6306  FAX (215) 825-6406