```
                  IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :
    LAWRENCE J. SANTOS and          :     CHAPTER 13
    JUDY A. SANTOS,                 :
                                    :
         Debtors                    :     BKRTCY. NO. 12-18525 REF
```

### ORDER TO ENFORCE COURT ORDER AGAINST
### GREENTREE CONSUMER DISCOUNT COMPANY

AND NOW, upon consideration of the Motion of the Debtors to Enforce Court Order, and for other relief, ("the Motion"),

**IT IS HEREBY ORDERED AND DECREED**, that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Greentree Consumer Discount Company shall forthwith satisfy the mortgage at Book Number 2007-1, Page 399870, Instrument Number 2007051892 in favor of Countrywide/MERS, and shall provide proof of such satisfaction to Debtors' counsel within seven (7) days of the date of this Order, and it is

**FURTHER ORDERED** that should Greentree not act in compliance with this Order, counsel for Debtors is authorized to file a certified copy of this Order with the Northampton County Recorder of Deeds, and is authorized to file said satisfaction of behalf of Greentree, thereby satisfying the mortgage between Lawrence J. Santos and Judy Santos and Mortgage Electronic Registration Systems, Inc. as nominee for Countrywide Bank, at Book Number 2007-1, Page 399870, Instrument Number 2007051892, and recorded on November 1, 2007.

|  | BY THE COURT: |
|---|---|
| **Date: November 6, 2017** | **RICHARD E. FEHLING**<br>**UNITED STATES BANKRUPTCY JUDGE** |

M:\ALLWP51\BK-13-12\SANTOS\ENFORCEPLAN\ENFORCEORD.ORD.wpd