United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lawrence J. Santos  
Judy A. Santos  
    Debtors

Case No. 12-18525-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Nov 06, 2017  
                     Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2017.  
db/jdb       +Lawrence J. Santos,    Judy A. Santos,    146 Charles St.,    Easton, PA 18042-6209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/Text: bankruptcy.bnc@ditech.com Nov 07 2017 01:15:44      Green Tree Servicing LLC,  
          PO Box 0049,    Palatine, IL  60055-0049  
cr          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2017 01:21:51  
          Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457  
cr          E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2017 01:21:46      Portfolio Investments II LLC,  
          c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,  
          Miami, FL  33131-1605  
                                                                                                         TOTAL: 3

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        KEVIN K. KERCHER    on behalf of Joint Debtor Judy A. Santos kevinkk@kercherlaw.com  
        KEVIN K. KERCHER    on behalf of Debtor Lawrence J. Santos kevinkk@kercherlaw.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                             TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LAWRENCE J. SANTOS and | : | CHAPTER 13 |
| JUDY A. SANTOS, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 12-18525 REF |

## ORDER TO ENFORCE COURT ORDER AGAINST GREENTREE CONSUMER DISCOUNT COMPANY

AND NOW, upon consideration of the Motion of the Debtors to Enforce Court Order, and for other relief, ("the Motion"),

**IT IS HEREBY ORDERED AND DECREED**, that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Greentree Consumer Discount Company shall forthwith satisfy the mortgage at Book Number 2007-1, Page 399870, Instrument Number 2007051892 in favor of Countrywide/MERS, and shall provide proof of such satisfaction to Debtors' counsel within seven (7) days of the date of this Order, and it is

**FURTHER ORDERED** that should Greentree not act in compliance with this Order, counsel for Debtors is authorized to file a certified copy of this Order with the Northampton County Recorder of Deeds, and is authorized to file said satisfaction of behalf of Greentree, thereby satisfying the mortgage between Lawrence J. Santos and Judy Santos and Mortgage Electronic Registration Systems, Inc. as nominee for Countrywide Bank, at Book Number 2007-1, Page 399870, Instrument Number 2007051892, and recorded on November 1, 2007.

BY THE COURT:

**Date: November 6, 2017**

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE

M:\ALLWP51\BK-13-12\SANTOS\ENFORCEPLAN\ENFORCEORD.ORD.wpd

2