IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :
                                        :
    LAWRENCE J. SANTOS and          :    CHAPTER 13
    JUDY A. SANTOS,                 :
                                        :
    Debtors                         :    BKRTCY. NO. 12-18525 REF

**NOTICE OF FILING OF SUPPLEMENTAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR COUNSEL TO DEBTOR IN ACCORDANCE
WITH F.R.B.P. 2002(a)(6), (c)(2) AND 2016(a)
AND LOCAL BANKRUPTCY RULES 2016-1 and 2016-3**

**To the Debtors, U.S. Trustee, Chapter 13 Trustee, all Creditors and parties in interest, NOTICE is given that:**

    1. On or about February 20, 2018, Kevin K. Kercher, Esquire, counsel for Debtors, filed his Supplemental Application for Compensation and Reimbursement of Expenses.  A copy of such Application is on file in the Clerk's Office and is available for inspection during regular business hours.

    2. Counsel for the Debtor provided legal services for the Debtors post-Confirmation and is seeking approval of these fees.  Counsel's prior application was approved as follows:

    **9/10/2012 to 6/6/2013**        **Date of Order**: July 8, 2013

|          | **Requested** | **Allowed** | **Paid**   | **Due**  |
|----------|---------------|-------------|------------|----------|
| **Fees**     | $4,150.00     | $4,150.00   | $4,150.00  | $0.00    |
| **Expenses** | $358.00       | $358.00     | $358.00    | $0.00    |

    The services for which compensation is sought cover the period after June, 2013 and up to and including December 30, 2017, and include making various amendments and filing a motion to enforce plan, all as detailed in the Exhibit attached to the Application.

    3. Counsel for the Debtors has requested fees in the amount of $1,550.00 and expense reimbursement in the amount of $82.00.

    4. Any creditor or party in interest may file an objection to the payment of the counsel fees with the Clerk, U.S. Bankruptcy Court, The Madison, Suite 300, 400 Washington St., Reading, PA 19601, and file a copy on the attorney for the Debtors at the address listed below within twenty-one (21) days of the date set forth below.

    5. In the absence of any objection, the attorney for the Debtors will certify same to the Court and request that an Order be entered authorizing the payment of the fees.

Dated: 2/20/2018
**Counsel for Debtor:**
Kevin K. Kercher, Esquire
881 Third Street, Suite #C-2          By:    /s/ Kevin K. Kercher
Whitehall, PA 18052                           Kevin K. Kercher, Esquire
(610) 264-4120 - phone
(610) 264-2990 - fax