**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| LAWRENCE J. SANTOS and | : CHAPTER 13 |
| JUDY A. SANTOS, | : |
| | : |
| Debtors | : BKRTCY. NO. 12-18525 REF |

**ORDER ON SUPPLEMENTAL APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR COUNSEL FOR DEBTORS**

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses of Kevin K. Kercher, Esquire, Attorney for Debtors in the total amount of $1,550.00 in compensation and $82.00 in expenses, said Application is hereby approved.

**Date: March 19, 2018**

BY THE COURT:

_____
**RICHARD E. FEHLING**
**UNITED STATES BANKRUPTCY JUDGE**