United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-18525-ref
Lawrence J. Santos                                                      Chapter 13
Judy A. Santos
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa               Page 1 of 1              Date Rcvd: Mar 19, 2018
                              Form ID: pdf900          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.
db/jdb         +Lawrence J. Santos,    Judy A. Santos,    146 Charles St.,    Easton, PA 18042-6209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy.bnc@ditech.com Mar 20 2018 01:51:49     Green Tree Servicing LLC,
                 PO Box 0049,    Palatine, IL  60055-0049
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 20 2018 01:54:29
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 20 2018 01:54:57     Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN K. KERCHER    on behalf of Joint Debtor Judy A. Santos kevinkk@kercherlaw.com
              KEVIN K. KERCHER    on behalf of Debtor Lawrence J. Santos kevinkk@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LAWRENCE J. SANTOS and | : | CHAPTER 13 |
| JUDY A. SANTOS, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 12-18525 REF |

**ORDER ON SUPPLEMENTAL APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR COUNSEL FOR DEBTORS**

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses of Kevin K. Kercher, Esquire, Attorney for Debtors in the total amount of $1,550.00 in compensation and $82.00 in expenses, said Application is hereby approved.

**Date: March 19, 2018**

BY THE COURT:

_____
**RICHARD E. FEHLING**
**UNITED STATES BANKRUPTCY JUDGE**