United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lawrence J. Santos  
Judy A. Santos  
    Debtors

Case No. 12-18525-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa     Page 1 of 1     Date Rcvd: Jun 07, 2018  
                          Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
12853540     E-mail/Text: bankruptcy.bnc@ditech.com Jun 08 2018 01:40:07     Greentree, PO Box 94710, Palantine, IL 60094-4710  
                                                                                                                 TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                                                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:

        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        KEVIN K. KERCHER    on behalf of Debtor Lawrence J. Santos kevinkk@kercherlaw.com  
        KEVIN K. KERCHER    on behalf of Joint Debtor Judy A. Santos kevinkk@kercherlaw.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                  TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-18525-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Lawrence J. Santos
146 Charles St.
Easton PA 18042

Judy A. Santos
146 Charles St.
Easton PA 18042

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/06/2018.

Name and Address of Alleged Transferor(s):

Claim No. 1: Greentree, PO Box 94710, Palantine, IL  60094-4710

Name and Address of Transferee:

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #150
Dallas, Texas 75247-402

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    06/09/18

Tim McGrath
**CLERK OF THE COURT**