```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                            Case No. 12-18525-ref
Lawrence J. Santos                                                Chapter 13
Judy A. Santos
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0313-4          User: Lisa                  Page 1 of 2              Date Rcvd: Oct 24, 2018
                              Form ID: 138NEW             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db/jdb         +Lawrence J. Santos,   Judy A. Santos,   146 Charles St.,   Easton, PA 18042-6209
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
12861701       +BANK OF AMERICA, N.A.,,   JOSHUA ISAAC GOLDMAN,   KML Law Group, P.C.,   701 Market Street,
                 Suite 5000,   Philadelphia, PA 19106-1541
12853536        Bank Of America, N.A.,   P.O. Box 650070,   Dallas, TX  75265-0070
12963255        Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
12961743       +Bank of America, N.A.,   c/o KML Law Group, P.C.,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
12853537        Boscov's,   P.O. Box 17642,   Baltimore, MD  21297-1642
12853539       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citi Cards,   P.O. Box 183082,   Columbus, OH  43218)
12853538        Chase Card Services,   PO Box 94014,   Palantine, IL  60094-4014
14166162       +Ditech Financial LLC,   KML Law Group, P.C.,   710 Market St, Suite 5000,
                 Philadelphia, PA 19106-2312
13096962       +Kevin K. Kercher, Esquire,   881 Third Street, Suite #C-2,   Whitehall, PA 18052-5930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2018 02:34:09
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 25 2018 02:34:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy.bnc@ditech.com Oct 25 2018 02:34:02     Green Tree Servicing LLC,
                 PO Box 0049,   Palatine, IL  60055-0049
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2018 02:50:31
                 Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX  77210-4457
cr             +E-mail/Text: bkdepartment@rtresolutions.com Oct 25 2018 02:34:34
                 Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,   Dallas, TX 75247-4029
12872451        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2018 02:50:55
                 American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
13067496        E-mail/Text: bankruptcy.bnc@ditech.com Oct 25 2018 02:34:02     Green Tree Servicing LLC,
                 P.O Box 6154,   Rapid City, SD 57709-6154
12853540        E-mail/Text: bankruptcy.bnc@ditech.com Oct 25 2018 02:34:02     Greentree,   PO Box 94710,
                 Palantine, IL  60094-4710
12853542        E-mail/Text: notices@ircocu.com Oct 25 2018 02:34:54     IRCO Federal Credit Union,
                 PO Box 188,   Phillilpsburg, NJ  08865
12929920       +E-mail/Text: notices@ircocu.com Oct 25 2018 02:34:54     IRCO Community Federal Credit Union,
                 450 Hillcrest Blvd.,   Phillipsburg, NJ 08865-1527
12908893        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 25 2018 02:34:35     Jefferson Capital Systems LLC,
                 PO BOX 7999,   SAINT CLOUD MN 56302-9617
12934218        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2018 02:50:31     Midland Funding LLC,
                 by American InfoSource LP as agent,   PO Box 4457,   Houston, TX  77210-4457
12993124        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2018 02:37:17
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk VA 23541
12879038        E-mail/PDF: rmscedi@recoverycorp.com Oct 25 2018 02:37:43     Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
12926209        E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2018 02:34:05
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
14118679       +E-mail/Text: bkdepartment@rtresolutions.com Oct 25 2018 02:34:34
                 Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
12870987        E-mail/PDF: rmscedi@recoverycorp.com Oct 25 2018 02:37:19
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12853543        E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 02:36:59     Sam's Club Discover,
                 PO Box 960013,   Orlando, FL  32896-0013
                                                                                             TOTAL: 18

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Portfolio Investments II LLC,   c/o Recovery Management Systems Corporat,
                 25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
12853541*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Home Depot Credit Services,   P.O. Box 182676,
                 Columbus, OH  43218-2676)
                                                                                   TOTALS: 0, * 2, ## 0
```

```
District/off: 0313-4          User: Lisa              Page 2 of 2                Date Rcvd: Oct 24, 2018
                              Form ID: 138NEW         Total Noticed: 33
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
```
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN K. KERCHER    on behalf of Debtor Lawrence J. Santos kevinkk@kercherlaw.com
          KEVIN K. KERCHER    on behalf of Joint Debtor Judy A. Santos kevinkk@kercherlaw.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lawrence J. Santos and Judy A. Santos
    Debtor(s)

Bankruptcy No: 12−18525−ref
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 10/24/18

65 − 64
Form 138_new